**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| SHARON J. R.,<br><br>                    Plaintiff,<br><br>        v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social<br>Security,<br><br>                    Defendant. | CASE NO. CV 20-06269-AS<br><br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.


DATED:  October 22, 2021


                                    /s/
                              ALKA SAGAR
                    UNITED STATES MAGISTRATE JUDGE