# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON J RHONE, | ) Case No.: 2:20-cv-06269-AS |
| Plaintiff, | ) |
| | ) {PROPOSED} ORDER AWARDING |
| vs. | ) EQUAL ACCESS TO JUSTICE ACT |
| | ) ATTORNEY FEES AND EXPENSES |
| KILOLO KIJAKAZI, | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| Acting Commissioner of Social | ) AND COSTS PURSUANT TO 28 |
| Security, | ) U.S.C. § 1920 |
| | ) |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,600.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: December 7, 2021

_____/ s / Sagar_____
THE HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

-1-